```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERRELL THOMAS,                                             :
                                                            :
                              Plaintiff,                    :     25-CV-2287 (PAE) (RWL)
                                                            :
              - against -                                   :
                                                            :           ORDER
TEK LIM CHEN et al.,                                        :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 19, 2025, plaintiff filed the complaint in the above-captioned case. (Dkt. 1.) The next day, the Clerk of Court generated an electronic summons to allow the plaintiff to serve the defendants with process. (Dkt. 4.) Under Federal Rule of Civil Procedure 4(m), Plaintiff has 90 days from the date the complaint was filed to serve the defendants. Accordingly, plaintiff must serve the defendants by June 17, 2025. Once service is effectuated, the defendants will have 21 days to answer or otherwise respond to the complaint. Fed. R. Civ. P. 12(a). Accordingly, the order to show cause issued on June 6, 2025, is vacated. If, however, Plaintiff does not serve Defendant within the required time frame, and absent a request to extend the time for service, a new order to show cause may be issued.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 13, 2025
       New York, New York

1

2

Copies transmitted this date to all counsel of record.