# FONG & WONG and WU PLLC

## ATTORNEYS AT-LAW | FWWLAWYERS.COM

BROOKLYN:
802 64th Street, Suite 2A
Brooklyn, NY 11220
℡ (718) 567-8888 | ℻ (718) 567-8883

April 23, 2026

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Having considered the parties' correspondence at Dkts. 33, 34, and 35, it is readily apparent that none of the parties have made a sufficient effort to pursue discovery or to meet and confer.  No party has shown good cause for re-opening discovery.  However, in the interest of justice, the Court re-opens fact discovery (for all parties), which shall be completed by **June 29, 2026.**  There will be no further extensions.  SO ORDERED:

4/29/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:    Terrell Thomas, v. Tek Lin Chen et al.
       United States District Court, SDNY Case No.: 1:25-cv-2287
       **Request for Leave to Make a Motion for Discovery Sanctions & Extend Deadlines To Complete Discovery**

Greetings Magistrate Judge Lehrburger,

The undersigned represents the co-defendants TEK LIN CHEN and YUK CHEU CHEN, as Trustees of TEK LIM CHEN Revocable Trust, and YUK CHEU CHEN and TEK LI CHEN, as Trustees of YUK CHEU CHEN Revocable Trust (collectively, the "Chen Defendants") in the above-referenced action.

Pursuant to the applicable Rules of This Court, the Chen Defendants respectfully request leave to move for discovery sanctions to address the continued failure of Plaintiff Terrell Thomas and Defendant Hermes B NY LLC to comply with their discovery obligations.

As reflected in the docket and the parties' correspondence:

1.     On December 3, 2025, the Chen Defendants served:
Co-Defendants' First Set of Requests for Production to Defendant Hermes B NY LLC; and
Co-Defendants' First Set of Requests for Production to Plaintiff Terrell Thomas.
2.     Good faith letters were sent to the Plaintiff Terrell Thomas on January 7, 2026 to obtain disclosure and to meet and confer.
3.     Good faith letters were sent to co-defendant Hermes B NY LLC on January 7, 2026 to obtain disclosure and to meet and confer.
4.     Good faith letters were sent to the Plaintiff Terrell Thomas on April 16, 2026 to obtain disclosure and to meet and confer.
5.     Good faith letters were sent to co-defendant Hermes B NY LLC on April 16, 2026 to obtain disclosure and to meet and confer.

The undersigned telephoned Attorney Adam Hanski for Plaintiff (212-248-7400 x 10) on April 20, 2026 and April 23, 2026 and left a voice message to call me to meet and confer. Despite the Chen Defendants efforts to meet and confer, the Plaintiff's counsel has contacted the undersigned by email or telephone to meet and confer. No meet and confer with Plaintiff or co-Defendant has been conducted despite my efforts.

Given the repeated good-faith efforts by the Chen Defendants, and the lack of any response or cooperation, judicial intervention now appears unavoidable. Accordingly, the Chen Defendants respectfully request that the Court grant leave to move for discovery sanctions, including such relief as the Court deems just and appropriate, including the extending of the discovery deadlines set in this case to conclude fact discovery.

This is the first application to seeking to make a discovery and sanction motion in this case.

The deadline for depositions set forth in the October 28, 2025 Civil Case Management Plan and Scheduling Order (Doc. 31) was February 16, 2026, and the deadline for fact discovery to be completed was March 2, 2026, and the deadline for expert disclosure is April 28, 2026. Accordingly, the Chen Defendants respectfully request that the Court re-set the discovery deadlines for the Chen Defendants to obtain discovery documents against the Plaintiff and Co-Defendant, and to depose the Plaintiff and Co-Defendant.

This is the first application to extend the discovery deadlines in this case.

Respectfully submitted,

*/s/ Peter Sverd*

Peter Sverd, Esq.

To all parties by ECF Only