UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TERRELL THOMAS, Plaintiff, | : | 25-CV-2287 (PAE) (RWL) |
| - against - | : | **ORDER** |
| TEK LIM CHEN et al., Defendant. | : | |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Defendants' letter motion at Dkt. 46 regarding filing of an expert report, which Plaintiff opposed (Dkt. 47). Defendants shall have until **October 5, 2026,** to serve an expert rebuttal report solely for the purposes of rebutting opinions that Plaintiff's expert sets forth in their supplemental report based on inspection of the premises.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 46.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2026
New York, New York

Copies transmitted this date to all counsel of record.