UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

Plaintiff,

-v-

TEK LIM CHEN *et al.*,

Defendants.

25 Civ. 2287 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 21, 2025, the Court referred the above-captioned case to Magistrate Judge Robert W. Lehrburger for general pretrial proceedings. Dkt. 5. On October 26, 2026, plaintiff informed the Court that fact and expert discovery had closed on August 15 and October 5, 2026, respectively, and that plaintiff might move for summary judgment. Dkt. 50 at 1. The Court has not set any further deadlines.

Accordingly, the next Case Management Conference is hereby scheduled for **November 19, 2026 at 2:30 p.m**. The conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855)-244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key. Counsel are directed to review the Court's Individual Rules And Practices In Civil Cases, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. The conference must be attended by the attorney who will serve as principal trial counsel. Please email EngelmayerNYSDChambers@nysd.uscourts.gov, no later than 24 hours before the conference, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling.

If either party wishes to move for summary judgment, it must, by **November 5, 2026**, request that the above-scheduled Case Management Conference serve as a pre-motion conference. To so request, the moving party shall submit a letter via ECF, not to exceed three single-spaced pages in length, setting forth the basis for the anticipated motion, including the legal standards governing the claims at issue. Other parties shall respond similarly within one week. The Court will review and discuss with counsel any anticipated summary judgment motions at the pre-motion conference. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2), any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing by the November 5, 2026 deadline.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 26, 2026
New York, New York