UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

Plaintiff,

-v-

TEK LIM CHEN *et al.*,

Defendants.

25 Civ. 2287 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A case management conference is presently scheduled for Thursday, November 19, 2026 at 2:30 p.m. Dkt. 51. The conference is rescheduled to **Tuesday, November 24, 2026 at 3:00 p.m.** This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 16, 2026
New York, New York