UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL THOMAS,

Plaintiff,

-v-

CHEN *et al.*,

Defendants.

25 Civ. 2287 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On the record of today's case management conference, the Court sets the following pretrial schedule:

- The parties' pretrial materials, as required by the Court's Individual Rules 5(A)–(B), including, *inter alia*, a joint pretrial order, requests to charge, proposed *voir dire*, and motions *in limine* are due **December 7, 2026**. Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases, found at https://nysd.uscourts.gov/hon-paul-engelmayer.
- Responses to any motions *in limine* are due **December 11, 2026**.
- A final pretrial conference is scheduled for **December 18, 2026 at 2 p.m.** in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 24, 2026
New York, New York